UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEP USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCC PALLETS INC.,<br><br>　　　　　　Defendant. | No. 2:24-cv-02121-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT<br><br>(Doc. Nos. 11, 20, 24) |

　　　　Plaintiff's motion for default judgment was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　　On February 6, 2025, plaintiff filed the pending motion for default judgment. (Doc. No. 11.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302. On April 15, 2025, defendant SCC Pallets, Inc. filed a motion to set aside the September 20, 2024 Clerk's entry of default. (Doc. No. 20.)

　　　　On August 21, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be denied and that defendant's motion to set aside the Clerk's entry of default be granted. (Doc. No. 24 at 9.) Specifically, the

1

1 | magistrate judge concluded that defendant had made the required showing of good cause in
2 | support of its motion to set aside the Clerk's entry of default. (*Id.* at 2–6.) The magistrate judge
3 | concluded that if the Clerk's entry of default was set aside as recommended, plaintiff's motion for
4 | default judgment would be rendered moot and should therefore be denied. (*Id.* at 6.) The
5 | magistrate judge also found that even were this not the case, consideration of the relevant factors
6 | under *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) resulted in the conclusion that
7 | plaintiff's motion for entry of default judgment should be denied under the circumstances of this
8 | case. (*Id.* at 6–8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 9.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued August 21, 2025 (Doc. No. 24), are ADOPTED IN FULL;

2. Defendant's motion to set aside (Doc. No. 20) is GRANTED;

3. Plaintiff's Motion for Default Judgment (Doc. No. 11) is DENIED; and

4. Defendant is directed to file a responsive pleading to plaintiff's complaint within 14 days of the date of this order.

IT IS SO ORDERED.

Dated:  **September 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE